3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 3 2001

Michael N. Milby
Clerk of Court

JUAN ZAMORA, )
    Plaintiff )
)
v. )  Case No.: B-01-193
)
DANKA OFFICE IMAGING, INC. )
AND BRENT LONGCOR, )
INDIVIDUALLY AND AS AGENT OF )
DANKA OFFICE IMAGING, INC. )
    Defendants. )

## DEFENDANTS', DANKA OFFICE IMAGING, INC. AND BRENT LONGCOR, CERTIFICATE OF ENTITIES WITH FINANCIAL INTEREST IN THIS CASE

Pursuant to the Court's Order Setting Conference, Defendants Danka Office Imaging Co. ("Danka") and Brent Longcor ("Longcor") list the following entities that are financially interested in this litigation, including parent, subsidiary and affiliated corporations:

Plaintiff Juan Zamora

Defendant Brent Longcor

Defendants Danka Office Imaging Company
Danka Business Systems PLC
Dankalux Saral
Danka Holding Company

Defendants' Counsel of Record
Raymond A. Cowley
Rodriguez, Colvin & Chaney, LLP

Plaintiff's Counsel of Record
Earnesta Taylor
The Law Office of Earnesta Taylor
and
Sally M. Connet
The Law Office of Sally M. Connet

Respectfully submitted,

*Raymond A. Cowley* (w/permission)
Raymond A. Cowley
State Bar Id. No. 04932400
Federal Id. No. 8642
4900 N. 10th St., Bldg. A2
McAllen, Texas 78504
Telephone: (956) 686-1287
Telefax : (956) 686-6197

OF COUNSEL:

**RODRIGUEZ, COLVIN & CHANEY, L.L.P.**

## CERTIFICATE OF SERVICE

I, Raymond A. Cowley, hereby certify that a true and correct copy of the foregoing document has been forwarded by **certified mail, return receipt requested**, to the following counsel of record, on the 3rd day of December, 2001.

Earnesta Taylor
1607 Woods Street
Mission, Texas 78572

Sally M. Connet
The Law Office of Sally M. Connet
4102 N. 23rd Street
McAllen, Texas 78504

Raymond A. Cowley