4

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
FILED

DEC 0 6 2001

Michael N. Milby
Clerk of Court

## MOTION & ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Brownsville | Action Number | B-01-193 |

Juan Zamora, Plaintiff

*versus*

Danka Office Imaging, Inc. and Brent Longcor, Individually and as Agent of Danka Office Imaging, Inc., Defendants

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| | |
|---:|---|
| Name | James M. Craig |
| Firm | Ford & Harrison, LLP |
| Street | 101 E. Kennedy Blvd., Suite 900 |
| City & Zip Code | Tampa, FL 33602-5133 |
| Telephone | (813) 261-7800 |
| Licensed: State & Number | Florida Bar No. 642096 |
| Admitted US District Court for: | Highest court in the State of Florida and the State Bar of Georgia, the United States Court of Appeals for the Tenth and Eleventh Circuits and the United States District Courts for the Middle, Northern and Southern Districts of Florida. |

Seeks to appear as the attorney for this party:

| Defendants | Danka Office Imaging, Inc. and Brent Longcor |

| Dated: 11-30-01 | Signed: [signature] |

United States District Court
Southern District of Texas
ENTERED

DEC 0 7 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

## ORDER

This lawyer is admitted *pro hac vice*.

Signed on __December 7__, 200_1_.

_____
United States District Judge