UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 1 1 2001

Michael N. Milby
Clerk of Court

JUAN ZAMORA, §
§
Plaintiff §
§
V. § Case No. 2001-09-4159-A
§
DANKA OFFICE IMAGING, INC. § B-01-193
AND BRENT LONGCOR, §
INDIVIDUALLY AND AS AGENT OF §
DANKA OFFICE IMAGING, INC. §
Defendants. §

## NOTICE OF APPEARANCE

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW** Attorney Sally M. Connet, Esq. and hereby files this Notice of Appearance notifying this Court and opposing Counsel that Sally Connet, Esq. of The Law Office of Sally M. Connet, Inc. is Plaintiff's co-counsel in the matter named above. Please forward a copy of all correspondences in this case to *The Law Office of Sally M. Connet, Inc.*, 4102 N. 23rd., McAllen, TX 78504.

Respectfully submitted,

Sally M. Connet, Esq.

Co-counsel for Plaintiff
State Bar Number 00785781
Federal Bar Number 13878
The Law Office of Sally M. Connet
4102 N. 23rd Street
McAllen, Texas 78504
Voice: 956-631-9675
Fax: 956-631-0911

## CERTIFICATE OF SERVICE

I, Sally M. Connet, do hereby certify that a true and correct copy of the above and foregoing document has been forwarded by **via U.S. First Class Airmail,** to following counsel of record, on this ___ day of ___ 2001.

Raymond A. Cowley
4900 N. 10th St., Bldg. A-2
McAllen, Texas 78504

Mr. James M. Craig
Ford & Harrison LLP
101 E. Kennedy Blvd., Ste. 900
Tampa, Florida 33602

_____
SALLY M. CONNET

## CERTIFICATE OF CONFERENCE

I hereby certify that I have not been able to confer with Attorney Raymond A. Cowley.

_____
SALLY M. CONNET