UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 2 2 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JUAN ZAMORA | § | |
| | § | |
| PLAINTIFF | § | |
| | § | |
| v. | § | CAUSE NO. B-01-193 |
| | § | |
| DANKA OFFICE IMAGING, INC. | § | |
| AND BRENT LONGCOR, | § | |
| SUPERVISOR, INDIVIDUALY | § | |
| AND IN HIS OFFICIAL CAPACITY | § | JURY TRIAL DEMANDED |
| AND AS AGENT OF | § | |
| DANKA OFFICE IMAGING, INC., | § | |
| | § | |
| DEFENDANTS. | § | |

**MOTION FOR LEAVE TO AMEND PLAINTIFF'S COMPLAINT**

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW Juan Zamora ["ZAMORA"], Plaintiff, by and through his attorney, Sally M. Connet, Esq. and Earnesta Taylor, Esq. and hereby files this Motion For Leave To Amend Plaintiff's Complaint. Plaintiff respectfully asks this Honorable Court for leave to amend Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 15. The parties have signed a stipulation regarding this motion and defendants are not opposed to this Motion.

This matter was initially filed in State court and subsequently removed to Federal court on notice by defendants. Recognizing the rules, requirements and standards for actions in Federal court differ from that of State Court, this amendment seeks to conform Plaintiff's Original Petition originally filed in Texas State District Court to the rules and requirements of this Court and the Federal Rules of Civil Procedure.

*Motion for Leave to Amend Original Petition*     1

Additionally, Plaintiff also seeks to add another party similarly situated, a former employee of defendant who was treated the same or similarly as alleged in plaintiff's Complaint and who has the same or similar damages. Moreover, plaintiff seeks to add and delete claims to the original complaint and add clarity to the causes of action now before this Honorable Court.

Plaintiff's First Amended Complaint will do the following-to:

1. add a preliminary statement, statement of procedural pre-requisites, clarify this court's jurisdiction over this matter and parties involved;

2. state the specific State and Federal laws that plaintiff relies on;

3. add HERALIO HERNANDEZ ["HERNANDEZ"] as a co-plaintiff to this action;

4. supplement the facts of this case relative to HERNANDEZ;

5. withdraw Count IV - Intentional Infliction of Emotional Distress;

6. re-state claims I through III to provide clarity to the allegations and to clearly state allegations against defendants on behalf of ZAMORA and HERNANDEZ; and

7. to add Count IV thru VI.

8. Plaintiff submits along with this motion Plaintiff's First Amended Complaint.

**WHEREFORE** plaintiff prays that this Honorable court grant leave to amend Plaintiff's Complaint accordingly.

Respectfully submitted,

**Sally M. Connet, Esq.**
Co-counsel for Plaintiff
Federal License No. 13878
*Law Offices of Sally M. Connet, Inc.*
4102 North 23rd. Street
McAllen TX  78504
Fax  956-631-0911
Phone  956-631-9675

*[signature]*

**Earnesta Taylor, Esq.**
Co-counsel for Plaintiff
Pro Hac Vice Admission Pending
*Law Office of Sally M. Connet, Inc.*
4102 North 23rd Street
McAllen, Texas 78504
Voice: 956-631-9675
Fax:     956-631-9675

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this /5th day of March, 2002, I caused a true and correct copy of the foregoing MOTION FOR LEAVE TO AMEND PLAINTIFF'S COMPLAINT to be served upon Defendants via facsimile and certified mail to:

| | |
|---|---|
| **Raymond Cowley, Esq.** | **James Craig, Esq.** |
| 4900 N. 10th Street | 101 E. Kenny Blvd. |
| Building A-2 | Suite 900 |
| McAllen TX  78505 | Tampa FL  33602 |
| Facsimile 956-686-6197 | Facsimile 813-261-7899 |

## CERTIFICATE OF CONFERENCE

The parties have communicated regarding Plaintiff's Motion to Amend the Complaint and Plaintiff's First Amended Complaint and defendants so not object to the filing of this Motion and amended Complaint.

Respectfully submitted,

_____
**Sally M. Connet, Esq.**
Co-counsel for Plaintiffs
Federal License No. 13878
*Law Office of Sally M. Connet, Inc.*
4102 North 23rd. Street
McAllen TX  78504
Fax  956-631-0911
Phone  956-631-9675

_____
**Earnesta Taylor, Esq.**
Co-counsel for Plaintiff
Pro Hac Vice Admission Pending
*Law Office of Sally M. Connet, Inc.*
4102 North 23rd Street
McAllen, Texas 78504
Voice: 956-631-9675
Fax:    956-631-9675

FROM : E.TAYLOR			FAX NO. : 9565841667			Feb. 07 2002 04:06PM  P2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUAN ZAMORA, § | |
| § | |
| PLAINTIFF, § | |
| § | |
| v. § | CAUSE NO. B-01-193 |
| § | |
| DANKA OFFICE IMAGING, INC. § | |
| AND BRENT LONGCOR, § | |
| INDIVIDUALY AND AS AGENT OF § | |
| DANKA OFFICE IMAGING, INC., § | |
| § | |
| DEFENDANTS. § | |

### STIPULATION REGARDING MOTION TO AMEND

The parties conversed on February 6, 2002 and agreed as follows:

1. Plaintiff will file a Motion for Leave of Court to Amend the Original Petition;
2. Defendants ~~give consent under Federal Rules of Civil Procedure 15(a);~~ are not opposed to the Motion; and
3. Defendant reserve the right to challenge the proposed changes to Plaintiff's Original Petition upon review.

Signed: _____
Earnesta Taylor, Esq. for Plaintiff

Signed: _____
Raymond Cowley, Esq. for Defendants