IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 1 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JUAN ZAMORA, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-01-193 |
| | § | |
| DANKA OFFICE IMAGING, INC. | § | |
| AND BRENT LONGCOR, | § | |
| SUPERVISOR, INDIVIDUALLY | § | |
| AND IN HIS OFFICIAL CAPACITY | § | |
| AND AS AGENT OF | § | |
| DANKA OFFICE IMAGING, INC. | § | |

## ORDER

BE IT REMEMBERED that on April 10, 2002, the Court considered Plaintiff's Motion for Leave to Amend [Dkt. No. 6]. After considering the Motion and the attached stipulation which states that the Defendants' are not opposed to the Motion, the Court **GRANTS** the Motion.

DONE in Brownsville, this 10th day of April 2002.

Hilda G. Tagle
United States District Court