10

United States District Court
Southern District of Texas
ENTERED

APR 16 2002

# UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

Michael N. Milby, Clerk of Court
By Deputy Clerk

Juan Zamora and §
Heralio Hernandez §
versus §
  § CIVIL ACTION B- 01-193
Danka Office Imaging, Inc. §
and Brent Longcor §

### Scheduling Order

1. Trial: Estimated time to try: 4-5 days.    ☐ Bench   ☒ Jury

2. New parties must be joined by:    July 31, 2002

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:    September 3, 2002

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:    December 31, 2002

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

************************** The court will provide these dates. **************************

6. Dispositive Motions will be filed by:    1/31/03

7. Joint pretrial order is due:    3/20/03

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:    4/3/03

9. Jury Selection is set for 9:00 a.m. on:    4/7/03

The case will remain on standby until tried.

Signed  April 15 , 2002, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge

*Counsel, please sign on the back.*

_[signature]_
Counsel for _Danka Office Imaging_
_& Brent Longcor_

_James Craig with permission_
Counsel for _Danka Office Imaging_
_& Brent Longcor_

_____
Counsel for_____

_[signature]_
Counsel for _Zamora & Hernandez_

_[signature]_
Counsel for _Counsel for Plaintiffs_

_____
Counsel for_____