Case 1:01-cv-00193  Document 11  Filed in TXSD on 04/16/2002  Page 1 of 3

11

United States District Court
Southern District of Texas
FILED

APR 15 2002

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN ZAMORA,<br>    Plaintiff | )<br>)<br>) | |
| v. | ) | Case No.: B-01-193 |
| DANKA OFFICE IMAGING, INC.<br>AND BRENT LONGCOR,<br>INDIVIDUALLY AND AS AGENT OF<br>DANKA OFFICE IMAGING, INC.<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) | |

## UNOPPOSED MOTION TO WITHDRAW AND FOR SUBSTITUTION OF COUNSEL

RAYMOND A. COWLEY and JAMES M. CRAIG attorneys for BRENT LONGCOR, INDIVIUDALLY AND AS AGENT OF DANKA OFFICE IMAGING, INC., a Defendant, requests leave of this Court to withdraw from representing this Defendant, and for the new attorney and firm identified below to be substituted as counsel.

This Motion is based on good cause, in that Defendant Brent Longcor has requested that Micaela Alvarez of Hole & Alvarez, L.L.P. be substituted as counsel for Defendant. The withdrawal and substitution are not sought for delay.

The new attorney to be designated as counsel in this matter is: Micaela Alvarez, Hole & Alvarez, L.L.P., Water Tower Centre, P.O. Box 720547, McAllen, Texas 78504, (956) 631-2891, (Fax) 631-2415. The Defendant has requested and consents to the substitution.

WHEREFORE, Raymond A. Cowley of Rodriguez, Colvin & Chaney, LLP and James M. Craig of Ford & Harrison, L.L.P., respectfully request that this Court enter an order permitting Raymond A. Cowley and James M. Craig to withdraw as attorneys for Defendant Brent Longcor, and that Micaela Alvarez of Hole & Alvarez, L.L.P. be permitted to substitute as counsel for Defendant Brent Longcor.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded by certified mail, return receipt requested to the following counsel of record, on the __15__ day of __April__, 2002.

Earnesta Taylor
1607 Woods Street
Mission, Texas 78572

Sally M. Connet
The Law Office of Sally M. Connet
4102 N. 23rd Street
McAllen, Texas 78504

_____
Raymond A. Cowley

## CERTIFICATE OF CONSULTATION

I hereby certify that I contacted the attorney for the Plaintiff and she is not opposed to this motion.

_____
RAYMOND A. COWLEY

Respectfully submitted,

_____
Raymond A. Cowley
State Bar Id. No. 04932400
Federal Id. No. 8642
4900 N. 10th St., Bldg. A2
McAllen, Texas 78504
Telephone: (956) 686-1287
Telefax : (956) 686-6197

OF COUNSEL:

**RODRIGUEZ, COLVIN & CHANEY, L.L.P.**

_____ with permission
James M. Craig
Florida Bar No. 642096
(Admitted Pro Hac Vice)
101 E. Kenney Boulevard, St. 900
Tampa, Florida 33602-5133
Telephone: (813) 261-7808
Telefax: (813) 261-7899

OF COUNSEL:

**FORD & HARRISON, L.L.P.**

_____
Micaela Alvarez
State Bar No.: 01127900
P.O. Box 720547
McAllen, Texas 78504
Telephone: (956) 631-2891
Telefax #: (956) 631-2415

OF COUNSEL:

**HOLE & ALVAREZ, L.L.P.**