UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 16 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JUAN ZAMORA, Plaintiff | ) ) ) |
| v. | ) Case No.: B-01-193 |
| DANKA OFFICE IMAGING, INC. AND BRENT LONGCOR, INDIVIDUALLY AND AS AGENT OF DANKA OFFICE IMAGING, INC. Defendants. | ) ) ) ) ) ) |

## ORDER PERMITTING SUBSTITUTION OF COUNSEL

CAME ON TO BE CONSIDERED the Motion requesting that Raymond A. Cowley and James M. Craig of the firms of Rodriguez, Colvin & Chaney, L.L.P. and Ford & Harrison, L.L.P., respectively, be permitted to withdraw as counsel for Defendant Brent Longcor in the above-entitled and numbered cause, and that Micaela Alvarez of Hole & Alvarez, L.L.P. be permitted to substitute as counsel for Defendant Brent Longcor, Individually and as Agent of Danka Office Imaging, Inc. The Court, having examined the foregoing Motion, and being of the opinion that good cause has been shown, finds that the Motion should be granted. IT IS THEREFORE

ORDERED, ADJUDGED AND DECREED that Raymond A. Cowley and James M. Craig are permitted to withdraw as attorneys of record for Brent Longcor, Individually and as Agent of Danka Office Imaging, Inc. in this cause, and that Micaela Alvarez of Hole & Alvarez, L.L.P. be allowed to substitute as attorney for the said Defendant.

DONE this 15 day of April, 2002, at Brownsville, Texas.

_____
Judge Presiding

xc:   Raymond A. Cowley
      Rodriguez, Colvin & Chaney
      4900 A-2 North 10th St.
      McAllen, Texas 78504

xc:   Earnesta Taylor
      1607 Woods Street
      Mission, Texas 78572

      Sally M. Connet
      The Law Office of Sally M. Connet
      4102 N. 23rd Street
      McAllen, Texas 78504

      Micaela Alvarez
      Hole & Alvarez, L.L.P.
      P.O. Box 720547
      McAllen, Texas 78504

      James M. Craig
      Ford & Harrison, L.L.P.
      101 E. Kenney Boulevard, St. 900
      Tampa, Florida 33602-5133