*13*

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED *Entered*

APR 15 2002

**MOTION & ORDER
FOR ADMISSION *PRO HAC VICE***

Michael N. Milby, Clerk of Court
By Deputy

| Division | | McAllen | | Action Number | | B-01-193 |
|---|---|---|---|---|---|---|

| Juan Zamora and Heralio Hernandez |
|---|

| *versus* |
|---|

| Danka Office Imaging, Inc. and Brent Longcor, Individually and As Agent of Danka Office Imaging, Inc. |
|---|

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Admitted US District Court for: | Earnesta Taylor<br>Law Office of Earnesta Taylor<br>1607 Woods St.<br>Mission, Texas 78572<br>(956) 584-7983<br>Texas No. 24028031 |
|---|---|

Seeks to appear as the attorney for this party:

| Juan Zamora and Heralio Hernandez |
|---|

| Dated: 4/15/02 | Signed: |
|---|---|

| **ORDER** |
|---|

This lawyer is admitted *pro hac vice*.

Signed on ___April 15___, 200_2_.                     _____
                                                      United States District Judge

