IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 8 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JUAN ZAMORA and HERALIO HERNANDEZ § § § § Plaintiffs § § VS. § § DANKA OFFICE IMAGING, INC. § and BRENT LONGCOR, § SUPERVISOR, INDIVIDUALLY § and IN HIS OFFICIAL CAPACITY § and AS AGENT OF § DANKA OFFICE IMAGING, INC. § § Defendants § | CIVIL ACTION NO. B-01-193 JURY DEMANDED |

### DEFENDANT BRENT LONGCOR'S
### MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW BRENT LONGCOR, a Defendant in the above-entitled and numbered cause, and files this his Motion to Dismiss Pursuant to Rule 12(b)(6), and for such motion would respectfully show unto the Court the following:

I.

**Brief Background**

1.    From approximately 1998, to approximately April 2001, Defendant Brent Longcor was a supervisor with Defendant Danka Office Imaging, Inc. As a supervisor, Mr. Longcor had supervisory responsibility for the Harlingen, Texas office. During such time, Plaintiffs Juan Zamora and Heralio Hernandez were employees at the Harlingen office of Defendant Danka Office Imaging, Inc.

2.   On or about April 2001, Defendant Brent Longcor was terminated as a supervisor with Defendant Danka Office Imaging, Inc.

3.   On or about June 2001, the Harlingen office of Danka Office Imaging, Inc. was closed.

4.   On or about April 10, 2002, this Court granted Plaintiffs Juan Zamora and Heralio Hernandez's motion for leave to amend their original complaint. Such amended complaint alleges causes of action for violations of Title VII of the Civil Rights Act of 1964, 42 USC 2000e *et. seq.* and the Texas Commission on Human Rights Act. Plaintiffs sued their former employer, Danka Office Imaging, Inc., but also sued their former supervisor, Brent Longcor both in his individual capacity, as well as in his official capacity as an agent of Defendant Danka Office Imaging, Inc.

5.   On or about April 15, 2002, the undersigned counsel was granted permission to substitute in as attorney in charge for Defendant Brent Longcor.

II

**Motion to Dismiss**

6.   Plaintiffs' causes of action against this Defendant for alleged violations of Title VII of the Civil Rights Act of 1964, 42 USC 2000e, *et. seq.* and the Texas Commission on Human Rights Act, as set forth in Plaintiffs' First Amended Complaint, should be dismissed, as they fail to state a claim upon which relief can be granted. Rule 12(b)(6) of the Federal Rules of Civil Procedure.

7.   It is well settled in the Fifth Circuit that in Title VII actions, "employees may not be sued for damages in their individual capacities." *Indest v. Freeman Decorating, Inc.* 164 F.3d 258 (5th Cir. 1999). Additionally, Plaintiffs may not maintain an action against

both the corporation, Danka Office Imaging, Inc. and its agent, Brent Longcor, in his official capacity because effectively the corporation could be held liable twice for the same act. *Id.* Therefore, "a party may not maintain a suit against both an employer and its agent under Title VII." *Id.*

8.　It is also settled that, in Texas, supervisors are not liable under the Texas Commission on Human Rights Act in their individual capacity for their alleged acts of discrimination. *DeMoranville v. Specialty Retailers*, 909 S.W.2d 90 (Tex. App.–Houston [14th] 1995), rev'd on other grounds, 933 S.W.2d 490 (Tex. 1996).

9.　It is undisputed that Defendant Brent Longcor was a supervisor with Defendant Danka Office Imaging, Inc. during his employment at the Harlingen, Texas office. Therefore, he is not liable individually for any alleged violations of Title VII of the Civil Rights Act of 1964, 42 USC 2000e, *et. seq.* and the Texas Commission on Human Rights Act. Furthermore, it would be redundant for Plaintiffs to sue both Danka Office Imaging, Inc. and Brent Longcor in his official capacity because Danka would bear responsibility for the liability of either party through Title VII's incorporation of the principle of vicarious liability.

10.　Accordingly, Plaintiffs' causes of action against Brent Longcor for alleged violations of Title VII of the Civil Rights Act of 1964, 42 USC 2000e, *et. seq.* and the Texas Commission on Human Rights Act should be dismissed.

11.　Plaintiffs' causes of action for this Defendant's alleged intentional interference with the performance of Plaintiffs' job duties should also be dismissed as such allegation fails to state a claim upon which relief can be granted.

WHEREFORE, PREMISES CONSIDERED, Defendant Brent Longcor prays that Plaintiffs' causes of action against this Defendant for violations of Title VII of the Civil Rights Act of 1964, 42 USC 2000e *et. seq.*, for violations of the Texas Commission on Human Rights Act, and for intentional interference with the performance of Plaintiffs' job duties be dismissed, that Plaintiffs take nothing against him as to such causes of action, that he go hence with his costs without day, and that he be granted such other and further relief, at law or in equity, which he may be justly entitled to receive.

Respectfully submitted,

Micaela Alvarez
ATTORNEY IN CHARGE FOR DEFENDANT
Brent Longcor
Federal I.D. No.  12204
State Bar I.D. No. 01127900
P. O. Box 720547
McAllen, Texas 78504
Telephone:   (956) 631-2891
Telecopier:   (956) 631-2415

OF COUNSEL:

HOLE & ALVAREZ, L.L.P.
Water Tower Centre
612 W. Nolana, Suite 370
P. O. Box 720547
McAllen, Texas 78504
Telephone:   (956) 631-2891
Telecopier:   (956) 631-2415

## CERTIFICATE OF SERVICE

I, Micaela Alvarez, do certify that a true and correct copy of the foregoing was served on the following counsel of record on this the **8th** day of **May 2002**:

*Attorneys for Plaintiffs*
Earnesta Taylor
The Office of Earnesta Taylor
1607 Woods St.
Mission, Texas 78572
**CMRRR #7000 0520 0020 7364 5865**

Sally M. Connet
The Law Office of Sally M. Connet
4102 N. 23rd Street
McAllen, Texas 78504
**U.S. MAIL-FIRST CLASS**

*Attorneys for Defendant Danka Office Imaging, Inc.*
James M. Craig
Ford & Harrison, L.L.P.
101 E. Kenney Boulevard, Ste. 900
Tampa, Florida 33602-5133
**CMRRR #7000 0520 0020 7364 5872**

Raymond Cowley
Rodriguez, Colvin & Chaney, L.L.P.
4900 North 10th, Bldg. A-2
McAllen, Texas 78504
**U.S. MAIL-FIRST CLASS**

Micaela Alvarez

BCC.ZAM-DANPLD