UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN ZAMORA AND § <br> HERALIO HERNANDEZ § <br> § <br> PLAINTIFFS § <br> § <br> V. § <br> § <br> DANKA OFFICE IMAGING, INC. § <br> AND BRENT LONGCOR, § <br> SUPERVISOR, INDIVIDUALY § <br> AND IN HIS OFFICIAL CAPACITY § <br> AND AS AGENT OF § <br> DANKA OFFICE IMAGING, INC., § <br> § <br> DEFENDANTS. § | | United States District Court <br> Southern District of Texas <br> FILED <br><br> MAY 3 1 2002 <br><br> Michael N. Milby <br> Clerk of Court <br><br> CAUSE NO. B-01-193 <br><br> JURY TRIAL DEMANDED |

PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO
DEFENDANT BRENT LONGCOR'S MOTION TO DISMISS PURSUANT TO RULE
12(B)(6)

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Juan Zamora ["ZAMORA"] and Heralio Hernandez ("HERNANDEZ"), Plaintiffs, by and through their attorneys, Earnesta Taylor, Esq. and Sally M. Connet, Esq. and hereby files this Plaintiff's Motion For Enlargement Of Time To Respond To Defendant Brent Longcor's Motion To Dismiss Pursuant To Rule 12(B)(6). Plaintiff respectfully asks this Honorable Court for an enlargement of time to respond to Defendant Brent Longcor's Motion to Dismiss Pursuant To Rule 12(b)(6) as permitted by Fed. R. C. P. 6(b). In support of this Motion, Plaintiffs state as follows:

INTRODUCTION

1. Plaintiffs brought suit against Defendant Longcor and Danka (as stated in the caption) for Title VII violations and specifically Defendant Longcor for civil assault and battery as well as Longcor's negligent interference with Plaintiffs' job.
2. On or about May 8, 2002 Defendant Longcor filed its motion to dismiss under Fed. R. C. P. 12(b)(6).

3. Plaintiffs' response is due on May 31, 2002.

## ARGUMENT & AUTHORITIES

4. Rule 6(b) permits the court to grant a request for an extension of time for "cause shown".
5. Plaintiffs ask the court to grant them additional time to respond to Defendant's Motion to Dismiss Pursuant To Rule 12(b)(6) because Plaintiffs need more time to research and brief the issues adequately.
6. This request will not prejudice Defendant Longcor. Plaintiffs seek additional time for cause shown and granting the extension will not delay the proceedings. *See* Fed. R. Civ. P. 6(b).
7. Plaintiffs filed this request for an extension as soon as it became aware of the need for additional time and before the deadline.
8. Plaintiffs ask the court to extend the deadline until June 15, 2002, so it can adequately respond to Defendant's request.

## PRAYER

9. For these reasons, Plaintiffs asks the court to grant Plaintiff's Motion For Enlargement Of Time To Respond To Defendant Brent Longcor's Motion To Dismiss pursuant To Rule 12(B)(6) and extend the deadline for filing the response to until June 15, 2002.

Respectfully submitted,

**Earnesta Taylor, Esq.**
Counsel for Plaintiffs
Admitted Pro Hac Vice
1607 Woods Street
Mission TX  78572
Voice: 956-583-6754
Fax:  956-584-1667

**Sally M. Connet, Esq.**
Co-counsel for Plaintiffs
Federal License No. 13878
*Law Office of Sally M. Connet, Inc.*
4102 North 23rd. Street
McAllen TX  78504
Fax  956-631-0911
Phone  956-631-9675

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this $\underline{30}$ day of May 2002 I caused a true and correct copy of the foregoing Plaintiff's Motion For Enlargement Of Time To Respond To Defendant Brent Longcor's Motion To Dismiss Pursuant To Rule 12(B)(6) to be served upon Defendants U.S. Mail to:

*Raymond Cowley, Esq.*
4900 N. 10th Street
Building A-2
McAllen TX  78505
Facsimile 956-686-6197

*James Craig, Esq.*
101 E. Kenny Blvd.
Suite 900
Tampa FL  33602
Facsimile 813-261-7899

*Micaela Alvarez, Esq.*
612 W. Nolana, Suite 370
P.O. Box 720547
McAllen TX  78504

## CERTIFICATE OF CONFERENCE

The parties have communicated regarding Plaintiff's Motion For Enlargement Of Time To Respond To Defendant Brent Longcor's Motion To Dismiss Pursuant To Rule 12(B)(6) and counsel cannot agree on the disposition of the motion.

Respectfully submitted,

**Earnesta Taylor, Esq.**
Counsel for Plaintiffs
Admitted Pro Hac Vice
1607 Woods Street
Mission TX 78572
Voice: 956-583-6754
Fax: 956-584-1667

**Sally M. Connet, Esq.**
Co-counsel for Plaintiffs
Federal License No. 13878
*Law Office of Sally M. Connet, Inc.*
4102 North 23rd. Street
McAllen TX 78504
Fax 956-631-0911
Phone 956-631-9675