IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 8 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JUAN ZAMORA and § | |
| HERALIO HERNANDEZ § | |
| § | |
| Plaintiffs § | |
| § | |
| VS. § | CIVIL ACTION NO. B-01-193 |
| § | JURY DEMANDED |
| DANKA OFFICE IMAGING, INC. § | |
| and BRENT LONGCOR, § | |
| SUPERVISOR, INDIVIDUALLY § | |
| and IN HIS OFFICIAL CAPACITY § | |
| and AS AGENT OF § | |
| DANKA OFFICE IMAGING, INC. § | |
| § | |
| Defendants § | |

**DEFENDANT BRENT LONGCOR'S RESPONSE TO
PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW BRENT LONGCOR, a Defendant in the above-entitled and numbered cause, and files this his Response to Plaintiffs' Motion for Enlargement of Time, and for such response would respectfully show unto the Court the following:

**I.**

**BRIEF BACKGROUND**

1.   On or about September 21, 2001, Plaintiff Juan Zamora filed his Original Action against Danka Office Imaging, Inc. and Brent Longcor, Individually and as Agent of Danka Office Imaging, Inc.

2.   On or about November 2, 2001, Defendants filed their original answer.

3. On or about April 10, 2002, this Court granted Plaintiff Juan Zamora's motion for leave to amend his original complaint. Such amended complaint added Heralio Hernandez as a Plaintiff and alleged causes of action for violations of Title VII of the Civil Rights Act of 1964, 42 USC 2000e *et. seq.* and the Texas Commission on Human Rights Act. Plaintiffs sued their former employer, Danka Office Imaging, Inc., but also sued their former supervisor, Brent Longcor both in his individual capacity, as well as in his official capacity as an agent of Defendant Danka Office Imaging, Inc.

4. On or about May 8, 2002, this Defendant filed and served Defendant Brent Longcor's Motion to Dismiss Pursuant to Rule 12(b)(6). Such motion to dismiss was served by certified mail, return receipt requested upon Plaintiffs' attorney-in-charge Ernesta Taylor. However, the motion to dismiss was also served upon Plaintiffs' other attorney of record, Sally Connet, by United States Mail, First Class.

## II.

## OBJECTION TO ENLARGEMENT OF TIME

5. Defendant Brent Longcor objects to Plaintiffs' request for enlargement of time. Plaintiffs contend that they need more time to research and brief the issues adequately. However, such reason is insufficient cause for an enlargement of time. If the simple need for more time to research and brief the issues adequately were sufficient cause for enlargement, every respondent would be entitled to an enlargement of time. Accordingly, Defendant Brent Longcor requests that Plaintiffs' request for enlargement of time be denied and that the Court grant his motion to dismiss.

WHEREFORE, PREMISES CONSIDERED, Defendant Brent Longcor prays that Plaintiffs' request for enlargement of time be denied, that Plaintiffs take nothing against

him, and that the Court grant his motion to dismiss, and that he be granted such other and further relief, at law or in equity, which he may be justly entitled to receive.

Respectfully submitted,

*[signature]*

Micaela Alvarez
ATTORNEY IN CHARGE FOR DEFENDANT
Brent Longcor
Federal I.D. No. 12204
State Bar I.D. No. 01127900
P. O. Box 720547
McAllen, Texas 78504
Telephone: (956) 631-2891
Telecopier: (956) 631-2415

OF COUNSEL:

HOLE & ALVAREZ, L.L.P.
Water Tower Centre
612 W. Nolana, Suite 370
P. O. Box 720547
McAllen, Texas 78504
Telephone: (956) 631-2891
Telecopier: (956) 631-2415

## CERTIFICATE OF SERVICE

I, Micaela Alvarez, do certify that a true and correct copy of the foregoing was served on the following counsel of record on this the **18th** day of **June 2002**:

*Attorneys for Plaintiffs*
Earnesta Taylor
The Office of Earnesta Taylor
1607 Woods St.
Mission, Texas 78572
**CMRRR #7000 0520 0020 7365 6533**

Sally M. Connet
The Law Office of Sally M. Connet
4102 N. 23rd Street
McAllen, Texas 78504
**U.S. MAIL-FIRST CLASS**

<u>*Attorneys for Defendant Danka Office Imaging, Inc.*</u>
James M. Craig
Ford & Harrison, L.L.P.
101 E. Kenney Boulevard, Ste. 900
Tampa, Florida 33602-5133
**CMRRR #7000 0520 0020 7365 6540**

Raymond Cowley
Rodriguez, Colvin & Chaney, L.L.P.
4900 North 10th, Bldg. A-2
McAllen, Texas 78504
**U.S. MAIL-FIRST CLASS**

BCC:ZAM-DANPLD

_____
Micaela Alvarez