UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
JUL 0 5 2002
Michael N. Milby
Clerk of Court

| | |
|---|---|
| JUAN ZAMORA AND § | |
| HERALIO HERNANDEZ § | |
| § | |
| PLAINTIFFS § | |
| § | |
| V. § | |
| § | CAUSE NO. B-01-193 |
| DANKA OFFICE IMAGING, INC. § | |
| AND BRENT LONGCOR, § | |
| SUPERVISOR, INDIVIDUALY § | |
| AND IN HIS OFFICIAL CAPACITY § | JURY TRIAL DEMANDED |
| AND AS AGENT OF § | |
| DANKA OFFICE IMAGING, INC., § | |
| § | |
| DEFENDANTS. § | |

### NOTICE OF SERVICE OF RESPONSES TO DEFENDANT DANKA OFFICE IMAGING INC.'S REQUEST FOR PRODUCTION OF DOCUMENTS AND REQUEST FOR INTERROGATORIES TO HERNANDEZ

**COMES NOW** HERALIO HERNANDEZ, Plaintiff, by and through his attorneys, Sally M. Connet Esq. and Earnesta Taylor Esq. and hereby give notice that HERALIO HERNANDEZ has served responses to Defendant Danka Office Imaging, Inc.'s First Request For Production of Documents To Plaintiff Hernandez in accordance with Fed. R. Civ. P. 33 and 34 on July 3, 2002.

Earnesta Taylor, Esq.
Co-counsel for Plaintiff
Pro Hac Vice Admission
*Law Office of Sally M. Connet, Inc.*
1607 Woods Street
Mission, Texas 78572
Voice: 956-583-6753
Fax:   956-584-1667


Respectfully submitted,

Sally M. Connet, Esq.
Co-counsel for Plaintiffs
Federal License No. 13878
*Law Office of Sally M. Connet, Inc.*
4102 North 23rd. Street
McAllen TX  78504
Fax 956-631-0911
Phone 956-631-9675


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ⎯3⎯ day of July, 2002, I caused a true and correct copy of the foregoing **Notice Of Service Of Responses To Defendant Danka Office Imaging Inc.'S Request For Production Of Documents And Request For Interrogatories To Zamora** to be served upon Defendants certified mail to:

| | |
|---|---|
| **Raymond Cowley, Esq.**<br>4900 N. 10th Street<br>Building A-2<br>McAllen TX  78505<br>Facsimile 956-686-6197 | **James Craig, Esq.**<br>101 E. Kenny Blvd.<br>Suite 900<br>Tampa FL  33602<br>Facsimile 813-261-7899 |