23

UNITED STATES DISTRICT COURT       SOUTHERN DISTRICT OF TEXAS

JUAN ZAMORA, et al                §
                                  §
versus                            §   CIVIL ACTION B-01-193
                                  §
DANKA OFFICE IMAGING INC., et al  §
                                  §

United States District Court
Southern District of Texas
ENTERED

SEP 2 6 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

### Order Re-Setting Docket Call and Jury Selection

1. The docket call and final pretrial conference has been reset for 1:30 p.m. on: __4/7/03__

2. Jury selection is reset for 9:00 a.m. on: __4/10/03__
   *The case will remain on standby until tried.*

3. Counsel in charge of a case must appear at all hearings or conferences. A motion to appear on behalf of the attorney in charge will be granted only upon showing of good cause, and only if the attorney to be substituted is familiar with the case and has authority to bind the client. The motion to appear must be ruled on in advance of the hearing or conference date.

Signed __September 26__, 2002 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge