UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 1 5 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JUAN ZAMORA AND<br>HERALIO HERNANDEZ<br><br>PLAINTIFFS<br><br>V.<br><br>DANKA OFFICE IMAGING, INC.<br>AND BRENT LONGCOR,<br>SUPERVISOR, INDIVIDUALY<br>AND IN HIS OFFICIAL CAPACITY<br>AND AS AGENT OF<br>DANKA OFFICE IMAGING, INC.,<br><br>DEFENDANTS. | §§§§§§§§§§§§§§§<br><br>CAUSE NO. B-01-193<br><br>JURY TRIAL DEMANDED |

## MOTION TO WITHDRAW

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW** Earnesta Taylor co-counsel for Plaintiffs Juan Zamora and Heralio Hernandez and hereby files this Motion to Withdraw. In support of this motion, counsel states the following:

1. Material misrepresentations were made to counsel by at least one Plaintiff at the time Plaintiffs were interviewed by counsel prior to agreeing to represent Plaintiffs.

2. These material misrepresentations continued until September 2002 and were revealed inadvertently during discovery.

Motion To Withdraw • Page 1 of 3

3. The misrepresentations have caused significant and irreparable harm to Plaintiffs' case and counsel's ability to further represent Plaintiffs.

4. Counsel is prohibited from giving details of the misrepresentations herein referred to due to the attorney-client privilege and right of confidentiality.

5. Both Plaintiffs have been notified of counsel's intent to withdraw from this matter and have been advised to seek counsel to continue prosecuting their case.

6. The case is still in the discovery stage and there is no immediate harm to Plaintiffs suit resulting from counsel's withdrawal.

7. Counsel asks this Honorable Court to grant counsel's request to withdraw from this matter.

8. A prompt withdrawal will allow Plaintiffs to substitute counsel in an expedited manner and avoid any delay in moving this case forward.

Therefore, counsel asks that this Honorable court to grant this Motion to Withdraw.

Respectfully submitted,

Earnesta Taylor, Esq.
Co-Counsel for Plaintiffs
Admitted Pro Hac Vice
1607 Woods Street
Mission TX  78572
Voice: 956-583-6754
Fax:  956-584-1667

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of October, 2002 I caused a true and correct copy of the foregoing Motion To Withdraw to be served upon Defendants via U.S. Mail to:

*Raymond Cowley, Esq.*
4900 N. 10th Street
Building A-2
McAllen TX  78505
Facsimile 956-686-6197

*James Craig, Esq.*
101 E. Kenny Blvd.
Suite 900
Tampa FL  33602
Facsimile 813-261-7899

*Micaela Alvarez, Esq.*
612 W. Nolana, Suite 370
P.O. Box 720547
McAllen  TX  78504