UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 29 2002

Michael N. Milby
Clerk of Court



| | |
|---|---|
| JUAN ZAMORA <br> HERALIO HERNANDEZ <br><br> PLAINTIFFS <br><br> V. <br><br> DANKA OFFICE IMAGING, INC. <br> AND BRENT LONGCOR, <br> SUPERVISOR, INDIVIDUALLY <br> AND IN HIS OFFICIAL CAPACITY <br> AND AS AGENT OF <br> DANKA OFFICE IMAGING, INC., <br><br> DEFENDANTS. | § § § § § § § § § § § § § § § § <br><br> CAUSE NO. B-01-193 <br><br> JURY TRIAL DEMANDED |

## CO-COUNSEL'S MOTION TO WITHDRAW

**TO THE HONORABLE JUDGE OF SAID COURT:**

This Motion for Withdrawal of Counsel is brought by SALLY M. CONNET, who is attorney of record for Plaintiffs, JUAN ZAMORA and HERALIO HERNANDEZ. SALLY M. CONNET requests the Court to grant her permission to withdraw as attorney for JUAN ZAMORA and HERALIO HERNANDEZ in this case. In support, SALLY M. CONNET shows:

Good cause exists for withdrawal of SALLY M. CONNET as counsel, in that she is unable to effectively communicate with Plaintiffs, JUAN ZAMORA and HERALIO HERNANDEZ in a manner consistent with good attorney-client relations.

A copy of this motion has been delivered to Plaintiffs, JUAN ZAMORA and HERALIO HERNANDEZ, who is hereby notified in writing of their right to object to this

motion. The last known address of Plaintiffs, JUAN ZAMORA and HERALIO HERNANDEZ are the following:

        Juan Zamora                         Heralio Hernandez
        716 S. 23rd Street                 1113 South Tower Road
        Donna, Texas 78537             Alamo, Texas 78516

The settings in this case are as follows:

**Pre-Trial Conference set for April 7, 2003; and**
**Jury Selection set for April 10, 2003.**

        **THEREFORE, SALLY M. CONNET**, Co-Counsel, asks that this Honorable Court to grant this Motion To Withdraw.

                              Respectfully Submitted,
                              LAW OFFICE OF SALLY M. CONNET, INC.
                              4102 N. 23rd Street
                              McAllen, Texas 78504
                              (956) 631-9675 - Telephone No.
                              (956) 631-0911 - Telefax No.

                              BY: *Sally M. Connet*
                              SALLY M. CONNET
                              State Bar I.D. No. 00785781
                              Federal I.D. No. 13878

## CERTIFICATE OF SERVICE

I, SALLY M. CONNET, hereby certify that a true and correct copy of Co-Counsel's Motion To Withdraw has been sent via regular mail to all counsel of record:

Mr. James M. Craig
**FORD & HARRISON, LLP**
101 East Kennedy Boulevard, Suite 900
Tampa, Florida 33602-5133

Mr. Raymond A. Cowley
**RODRIGUEZ, COLVIN & CHANEY, LLP**
4900 A-2 N. 10th Street
McAllen, Texas 78504

Ms. Micaela Alvarez
**HOLE & ALVAREZ, LLP**
P.O. Box 720547
McAllen, Texas 78504

_____
SALLY M. CONNET

## CERTIFICATE OF CONFERENCE

I further certify that I have conferred with all attorneys of record, and the above was indicated:

Ms. Micaela Alvarez - no objection.
Mr. James M. Craig - no objection.
Mr. Raymond A. Cowley - no response.

_____
SALLY M. CONNET