United States District Court
Southern District of Texas
ENTERED

DEC 0 6 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUAN ZAMORA AND §<br>HERALIO HERNANDEZ, §<br>§<br>§<br>Plaintiff, §<br>§<br>v. §<br>§<br>DANKA OFFICE IMAGING, INC. §<br>AND BRENT LONGCOR, §<br>SUPERVISOR, INDIVIDUALLY §<br>AND IN HIS OFFICIAL CAPACITY §<br>AND AS AGENT OF §<br>DANKA OFFICE IMAGING, INC., §<br>§<br>Defendants. § | CIVIL ACTION NO. B-01-193 |

### ORDER

BE IT REMEMBERED that on December 6, 2002, the Court considered Motions to Withdraw [Dkt. Nos. 24 & 25] submitted by Co-Counsel Earnesta Taylor and Sally M. Connet, attorneys of record for Plaintiffs. The Court hereby **GRANTS** the motion and directs Co-Counsel to notify their clients, Juan Zamora and Heralio Hernandez, of the Court's order by First Class and Certified Mail no later than Monday, December 16, 2002. Co-counsel are further directed to facilitate the substitution of counsel by providing the necessary case file(s). Plaintiffs, Juan Zamora and Heralio Hernandez, are directed to submit by January 13, 2003, at 3:00 p.m. either: (1) a Motion to Substitute Counsel, (2) a status report on the substitution of counsel, or (3) an announcement of their intent to proceed *pro se*.

1

The Parties are reminded the scheduling order remains in place, and the substitution of attorneys will not be grounds for automatic extensions of deadlines or continuances.

DONE in Brownsville, this 6th day of December, 2002.

Hilda G. Tagle
United States District Court