27

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 1 8 2002

Michael N. Milby
Clerk of Court

JUAN ZAMORA,
HERALIO HERNANDEZ,

    Plaintiffs

vs.

DANKA OFFICE IMAGING, INC. AND
BRENT LONGCOR, INDIVIDUALLY AND
AS AGENT OF DANKA OFFICE IMAGING,
INC.,

    Defendant.

Case No.: B-01-193

**DEFENDANTS' MOTION TO ENLARGE DEADLINES IN
SCHEDULING ORDER**

Pursuant generally to Fed. R. Civ. P. 6, Defendants Danka Office Imaging Inc. ("Danka") and Brent Longcor ("Longcor;" collectively as "Defendants") hereby move that the Court enter an order extending certain deadlines in the case. The grounds for this Motion are set forth below.

1. On April 16, 2002, the Court entered a Scheduling Order based upon the cooperative efforts of counsel for Danka and Defendant Brent Longcor ("Longcor") and counsel for Plaintiffs, Sally Connet and Earnesta Taylor. Of course, at that time, there was no contemplation of a possible motion to withdraw by counsel for any party.

2. Accordingly, the parties proceeded with discovery consisting of an exchange of written discovery and beginning commencement of depositions, including the deposition of Plaintiff Zamora taken on September 24 and 25, 2002, and the commencement of the deposition of Plaintiff Hernandez.

3. Following this first set of depositions, counsel for Danka consulted with counsel for Plaintiffs and discussed exploring a possible resolution of the case. There was also agreement between counsel that, failing any kind of settlement, there would be a continuation of the deposition of Plaintiff Hernandez as well as the production of certain items, including an alleged audio tape possessed by Plaintiff Zamora.

4. To counsel for Defendants' surprise, last month, counsel for Plaintiffs moved to withdraw from the case. At that time, counsel for Defendants had no opposition as long as the withdrawal did not operate to the prejudice of Defendants' conduct of discovery and anticipated dispositive motions.

5. The Court subsequently granted Plaintiffs' counsels' motions to withdraw. However, the Court's Order gives Plaintiffs until January 13, 2003, to report on their efforts to find counsel or to proceed *pro se*.

6. This leaves Defendants with no effective means by which to complete the deposition of Plaintiff Hernandez because discovery closes December 31, 2002 and it would be logistically difficult to compel the deposition of the Plaintiffs, who are now effectively *pro se*.

7. Likewise, because it will be impossible to complete discovery, Defendants will be unable to completely prepare their respective anticipated motions for summary judgment seeking dismissal of all of Plaintiffs' claims.

8. Accordingly, Defendants respectfully request that the Court amend the Scheduling Order to allow an extended discovery deadline as well as an extended deadline for filing dispositive motions. Defendants believe that a 45 day extension of each should be sufficient.

## MEMORANDUM

When the federal rules require or allow an act to be done within a specified period, the Court for cause shown, may order that period enlarged. *See* Fed. R. Civ. P. 6(b). It has been stated that a rule of liberality ordinarily should apply in the granting of extensions of time when the period to act has not elapsed, where, as here, the moving party is guilty of no bad faith or negligence, the privilege of extensions has not been abused, and there is no prejudice to the parties. 1 *Moore's Federal Practice*, § 6.06[1][a]. All of these factors are applicable here and support the requested enlargements of time.

Wherefore, Defendants Danka and Longcor respectfully pray that the requested extensions be granted.

Respectfully submitted,

_____
James M. Craig
Florida Bar No. 642096
FORD & HARRISON LLP
101 E. Kennedy Boulevard, Suite 900
Tampa, FL 33602-5133
Telephone: (813) 261-7800
Facsimile: (813) 261-7899

Raymond A. Cowley
Texas Bar No. 04932400
RODRIGUEZ, COLVIN & CHANEY, LLP
4900 A-2 N. 10th Street
McAllen, TX 78504
Telephone: (956) 686-1287
Facsimile: (956) 686-6197

Attorneys for Defendant Danka

_____
Micaela Alvarez
Texas Bar No. 01127900
HOLE & ALVAREZ, L.L.P.
P.O. Box 720547
McAllen, TX 78504
Telephone: (956) 631-2891
Facsimile: (956) 631-2415

Attorneys for Defendant Longcor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **DEFENDANTS' MOTION TO ENLARGE DEADLINES IN SCHEDULING ORDER** has been served by U.S. First Class Mail upon:

> Mr. Juan Zamora
> 716 S. 23rd St.
> Donna, TX 78537
>
> Mr. Heralio Hernandez
> 1113 S. Tower Road
> Alamo, TX 78516-9473

this 18th day of December, 2002.

_____
Attorney

JMC/ajn

TAMPA:164199.1

-5-

## CERTIFICATE OF CONSULTATION

I, Micaela Alvarez, do hereby certify that on the **18th** day of **December 2002**, I attempted to confer with Plaintiffs Juan Zamora and Heralio Hernandez. However, I was unsuccessful in my attempts to reach either Mr. Zamora or Mr. Hernandez.

_____
Micaela Alvarez