United States District Court
Southern District of Texas
ENTERED

JAN 0 6 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN ZAMORA AND<br>HERALIO HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>DANKA OFFICE IMAGING, INC.<br>AND BRENT LONGCOR,<br>SUPERVISOR, INDIVIDUALLY<br>AND IN HIS OFFICIAL CAPACITY<br>AND AS AGENT OF<br>DANKA OFFICE IMAGING, INC.,<br><br>Defendants. | §§§§§§§§§§§§§§ | CIVIL ACTION NO. B-01-193 |

## ORDER

BE IT REMEMBERED that on January 3, 2003, the Court **GRANTED** Defendants' Motion to Enlarge Deadlines in Scheduling Order [Dkt. No. 27]. The Court will enter an amended scheduling order.

DONE in Brownsville, this 3rd day of January, 2003.

Hilda G. Tagle
United States District Court