29

| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |

JUAN ZAMORA and §
HERALIO HERNANDEZ §
§
vs. § Civil Action B: 01-193
§
DANKA OFFICE IMAGING, INC. §
and BRENT LONGCOR

United States District Court
Southern District of Texas
ENTERED

JAN 0 6 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

## AMENDED SCHEDULING ORDER

1. Trial: Estimated time to try: __4-5__ days.     ☐ Bench   ■ Jury

2. New parties must be joined by:     __N/A__
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:     __N/A__

4. The defendant's experts must be named with a report furnished
   within 30 days of the deposition of the plaintiff's expert.     __N/A__

5. Discovery must be completed by:     __2/14/03__
   *Counsel may agree to continue discovery beyond the deadline, but there will be
   no intervention by the court. No continuance will be granted because of information
   acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by:     __3/17/03__

7. Joint pretrial order is due:     __5/21/03__

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:     __6/5/03__

9. Jury Selection is set for 9:00 a.m. on:     __6/9/03__
   *(The case will remain on standby until tried)*

Signed _____January 3_____, 2003, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge