To: 107 th JUDICIAL DISTRICT
CAMERON COUNTY, TEXAS

United States District Court
Southern District of Texas
FILED

MAR 2 4 2003

Michael N. Milby
Clerk of Court

March 23, 2003

RE: Civil Action No: B-OI-193
JUAN ZAMORA V. Danka Office Imaging, Inc.

To the honorable judge of said court

COMES NOW JUAN ZAMORA a plaintiff in the above numbered cause Civil Action no: B-01-193. Do to the withdrawal of counsel .I have not been able to obtain legal representation for this suit due to deadlines, Attorneys concerns, were the scheduling having deadlines and that the U.S. District court favor more the employers than the employees. Due to this situation of not having representation the Attorney for the defendant has distorted the facts to make this suit seem as though I have been dishonest. It is my understanding that defendant's attorney has petitioned the court that I incur partial summary judgment fees.

The defendant, Mr. Longcor has violated company employee policy pertaining to sexual and degrading comments creating a hostile environment. It is obvious that the Human Resources of the company found sufficient evidence to the allegation and had Mr. Longcor moved to the HOUSTON AREA.

I have been brought up to feel that I am worthy of respect. It is very important for me to tell you the truth. I would not have taken it this far, if I was not telling you the truth. I have lost my job, my severance pay for his wrong doing. Mr. Longcor carefully reworded the situation to the attorney what happened. Let this letter be a notice of withdrawal. At this time I am going to let the Lord take care of it for me.

I would like to thank you Honorable judge of said court for consideration in this matter. .

NORA LEE RUIZ
MY COMMISSION EXPIRES
May 27, 2003

Sincerely,

JUAN ZAMORA

# Life Path

## Ascendant In Cancer
PERSONAL - LIFE-PATH: Emotional attachment
Emotional development is the keyword in your evolution as a human being. You form powerful emotional attachments and tend to become rather dependant. There may be a particularly strong attachment to the mother or family. Learning to let go of old attachments will be an important challenge in your life. You have access to the whole spectrum of human emotions. You are very sensitive and easily hurt, yet at the same time you show a lot of concern for others. In intimate relationships you form strong bonds and tend to smother your partner, who may respond by demanding more maturity and independence in you. You force other people to create barriers against the tide of your emotions. It is important for you to learn to deal with rejection, as you are oversensitive in this area. Being a strongly emotional person, you also have access to the deep well of the unconscious, and this gives you considerable intuitive talent.

## Ascendant Sextile Mars
This aspect is extremely powerful in your horoscope; every action you take will be coloured by this energy.
When reading the following text, please bear in mind that you will for the most part experience only the positive effects of this aspect. You are particularly stimulated to learn and communicate, as regards the matters concerned.

PERSONAL - LIFE PATH: Undiluted force
You create a forceful impression, and people have a tendency to be somewhat nervous when they are around you. Those who know you well will appreciate your forthrightness, but the meek and sensitive will avoid your company - not that you care. You are headstrong, reckless and therefore rather prone to accidents. You are basically frank and honest, so people know where they stand with you.

## Ascendant Trine Jupiter
This aspect is extremely powerful in your horoscope, and will be a major feature of your character.
Please remember when reading this section, that the harmonious nature of this contact means that you can use the energies creatively, for the most part without negative effects.

PERSONAL - LIFE PATH: The counsellor
You are a larger than life character with strong views on most issues, and a deep interest in spiritual issues. You are open and willing to expand your philosophical horizons. Generally blessed with good fortune and an optimistic frame of mind, you have the ability to expect the best of the future. There may be a tendency to overindulge or be too extravagant. People value your ability to understand in depth the things that move them.

## Ascendant Trine Neptune
This aspect is extremely powerful in your horoscope; it will dominate many areas of your life.
Because there is a good aspect between these two planets, you can expect the positive consequences to be strong and very creative, and the negative consequences minimal

PERSONAL - LIFE PATH: The spiritual path
It is important for you to overcome a subtle feeling of dissatisfaction or sorrow in your life - both in connection with the direction your life takes, and in connection with partners This involves finding a sense of meaning in your existence Creative or spiritual interests, and the pursuit of inner purity, can bring much needed inner harmony. You are very impressionable and easily influenced by the vibrations of other people, so you need to indulge in periods of withdrawal.

## Ascendant Sextile Pluto
Though not especially strong, you will be able to feel the influence of this aspect under many circumstances.
When reading the following text, please bear in mind that you will for the most part experience only the positive effects of this aspect. You are particularly stimulated to learn and communicate, as regards the matters concerned.

PERSONAL - LIFE PATH: Aura of mystery
You have a magnetic personality and tend to exert a powerful influence on your environment. Secret efforts to feel secure in your personal relationships can be exhausting - both for you and for others. Though you have psychological talents and an ability to penetrate facades, you tend to allow an obsessive ideologies or opinions to poison your relationships. When you relinquish control you discover peace.

## Moon In Leo
PERSONAL - EMOTIONS: Create warmth around you
You have been brought up to feel that you are worthy of respect and you are strongly motivated to live up to high parental expectations. Your winning manners and romantic nature can lead to fairly dramatic experiences in love. Dealing with the consequences of romantic involvements will be very formative for you. You have considerable charm and expect a good deal of attention, but on the path to emotional maturity your identity will often be bruised, as you learn how energy-consuming it can be to win the admiration of others. You are a creative person, you like to live the good life, and you expect to have an impact on others. Children can come to mean a great deal for you, and give you the joy you are constantly striving for.

## Moon In 3rd House
PERSONAL - EMOTIONS: Caring communication
You have a tendency to cement very powerful emotional bonds to a sibling or sister-figure in your life, or perhaps to a schoolmistress. Your mother, too, will have had a powerful effect on your mental development, and she may well have been strongly involved in your education. Trying emotional experiences in your life result from strong differences of

35. Brent Longcor denies the allegations contained in Paragraph 35 of Plaintiffs' First Amended Complaint.

36. Brent Longcor denies the allegations contained in Paragraph 36 of Plaintiffs' First Amended Complaint.

### IX.

### PLAINTIFFS' COUNT IV: SEXUAL HARASSMENT

37. Except as specifically admitted in Paragraphs 24 - 36, Brent Longcor denies the allegations contained in Paragraph 37 of Plaintiffs' First Amended Complaint.

38. Brent Longcor denies the allegations contained in Paragraph 38 of Plaintiffs' First Amended Complaint.

39. Brent Longcor admits that he is a homosexual, as alleged in Paragraph 39 of Plaintiffs' First Amended Complaint. Brent Longcor denies the remaining allegations contained in Paragraph 39 of Plaintiffs' First Amended Complaint.

40. Brent Longcor denies the allegations contained in Paragraph 40 of Plaintiffs' First Amended Complaint.

41. Brent Longcor denies the allegations contained in Paragraph 41 of Plaintiffs' First Amended Complaint.

### X.

### PLAINTIFFS' COUNT V: ASSAULT AND BATTERY

42. Except as specifically admitted in Paragraphs 24 - 41, Brent Longcor denies the allegations contained in Paragraph 37 of Plaintiffs' First Amended Complaint.

23. Brent Longcor is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 23 of Plaintiffs' First Amended Complaint.

## V.

## PLAINTIFFS' FACTUAL BACKGROUND

24. Brent Longcor admits that Plaintiffs Zamora and Hernandez were employees of Danka. Brent Longcor denies the remaining allegations contained in Paragraph 24 of Plaintiffs' First Amended Complaint.

25. Brent Longcor admits that on two separate occasions he used the following language in reference to Plaintiff Zamora: "greedy Mexican" and "salt and pepper hair." Brent Longcor also admits that he used the following language in the presence of Plaintiffs Zamora and Hernandez: "diarrhea of the mouth" and "siesta." Brent Longcor denies the remaining allegations contained in Paragraph 25 of Plaintiffs' First Amended Complaint

26. Brent Longcor admits that Danka conducted an investigation pertaining to complaints made by Plaintiff Zamora. Brent Longcor denies that he engaged in any discriminatory actions as set forth in Paragraph 26 of Plaintiffs' First Amended Complaint. Brent Longcor is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 26 of Plaintiffs' First Amended Complaint.

27. Except as specifically admitted in Paragraphs 24 - 26, Brent Longcor denies the allegations contained in Paragraph 27 of Plaintiffs' First Amended Complaint.