March 22, 2003

RE: Civil Action No. B-01-193

Honorable Judge Tagle:

Let this letter serve as notice of withdrawal from suit Civil Action No. B-01-193. I have been unable to obtain legal services for representation of this suit due to the timeline.

It is my understanding that defendant's attorney has petitioned the court that I incur partial attorney fees. Since my dismissal from Danka Imaging Inc. in June 5, 2001, I have been unemployed. Though I have been searching for employment, I have been unsuccessful which has resulted in the loss of my home.

When Danka Imaging Inc. Human Resource department initiated the investigation into my allegation of sexual and racist comments by my supervisor Brent Longcor, I was told not to be afraid to lose my job. After a two (2) week investigation, Mr. Longcor was removed as my supervisor and relocated to the Houston office and approximately two months later I was dismissed from my job. I was made to understand that I would be employed by Danka Imaging Inc. for at least one (1) year. Due to my allegation of sexual and racist comments, the company retaliated by not supplying the Harlingen, Texas office with support and supplies and dismissal of job.

Due to this situation of not having legal representation the defendant's attorney has distorted the facts to make it seem as though I have been dishonest. Mr. Longcor violated company employee policy pertaining to sexual and background racist comments creating a hostile environment. His comments and conduct are degrading to my Hispanic and his sexual slurs inappropriate. On several occasions, Mr. Longcor called my co-workers and I "Greedy Mexicans". He would often ask me if I wanted to have a premature ejaculation or if I wanted hot air up my behind. I also witnessed Mr. Longcor grabbing John Zamora's (co-worker) buttocks. Even though, I have not been physically harmed I carry emotional scars due to Mr. Longcor's creation of a HOSTILE environment. I have been advised to seek help from a therapist, but I do not have insurance to cover the cost.

It is obvious that the Human Resources Department found sufficient evidence to the allegation and had Mr. Longcor removed.

I have been punished by telling the truth by losing my job and all the hardships associated with that. They have kept my severance pay unless I would deny that of the alledge behavior or wrong doing by the company never happen. The only wrong doing was not having the right legal help. I would like to thank your Honor in advance for your time and consideration in this matter.

Sincerely,

Heralio Hernandez

Subscribed And Sworn to before me this March 21, 2003

FRANCISCO M. SANDOVAL
Notary Public, State of Texas
My Commission Expires 03-31-05