IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 17 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JUAN ZAMORA AND<br>HERALIO HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>DANKA OFFICE IMAGING, INC.<br>AND BRENT LONGCOR,<br>SUPERVISOR, INDIVIDUALLY<br>AND IN HIS OFFICIAL CAPACITY<br>AND AS AGENT OF<br>DANKA OFFICE IMAGING, INC.,<br><br>Defendants. | §§§§§§§§§§§§§§§ | CIVIL ACTION NO. B-01-193 |

## ORDER

BE IT REMEMBERED that on April 16, 2003, the Court considered Plaintiff Juan Zamora and Plaintiff Heralio Hernandez's letter motions to dismiss [Dkt. Nos. 35 & 36].

The Plaintiffs have informed the Court of their intention to no longer pursue litigation against Defendants in this case. Plaintiffs cite their inability to secure representation as the reason for dismissal. On December 6, 2002, the Court granted counsels' Motions to Withdraw [Dkt. No. 26]. At the time, the Court ordered Plaintiffs to submit to the Court by January 13, 2003, either 1) a motion to substitute counsel, 2) a status report on the substitution of counsel, or 3) an announcement of their intent to proceed *pro se*. Plaintiffs failed to comply with this order. On March 24, 2003, over three months after the Court's order, Plaintiffs expressed their intent to forego prosecution of this case. The Court has given Plaintiffs adequate time to secure counsel or to determine, as they have, that they no longer wish to proceed *pro se,* or otherwise, with the action.

Before the Court dismisses this case, however, Defendants are **ORDERED** to inform the Court of any reason why they oppose the dismissal. Defendants shall report to the Court on this matter no later than 5:00 p.m. on Wednesday, April 23, 2003.

DONE in Brownsville, this 16th day of April, 2003.

_____
Hilda G. Tagle
United States District Court