United States District Court
Southern District of Texas
FILED

APR 23 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUAN ZAMORA,<br>HERALIO HERNANDEZ,<br><br>Plaintiffs<br><br>vs.<br><br>DANKA OFFICE IMAGING, INC. AND<br>BRENT LONGCOR, INDIVIDUALLY AND<br>AS AGENT OF DANKA OFFICE IMAGING,<br>INC.,<br><br>Defendant. | Case No.: B-01-193 |

**DEFENDANT DANKA OFFICE IMAGING, INC.'S
RESPONSE TO ORDER OF APRIL 16, 2003**

Defendant Danka Office Imaging, Inc.[1] ("Danka") hereby responds to the Court's Order of April 16, 2003 as follows:

From the Court's Order, Danka understands that Plaintiffs have filed letter motions to dismiss with the court, although the same was not served upon counsel for Danka. At the same time, Danka has filed dispositive motions for summary judgment to dismiss all the pending claims by Plaintiffs against Danka. Danka assumes that Plaintiffs' motivation for filing motions to dismiss is at least in part due to the pending motions for summary judgment.

Although Danka has gone to great expense in defending itself in the above-captioned action and believes that an award of attorneys' fees and costs against Plaintiffs would be justified under the facts of this case, Danka would agree that an order be entered by the Court dismissing

---

[1] The original counsel for Plaintiffs misnamed Defendant Danka. The correct name is Danka Office Imaging, Company.

with prejudice all claims Plaintiffs have brought, or could have brought, in the above-captioned action.

Respectfully submitted,

*/s/ James M. Craig*

James M. Craig
Florida Bar No. 642096
FORD & HARRISON LLP
101 E. Kennedy Boulevard, Suite 900
Tampa, FL 33602-5133

Attorneys for Defendant Danka

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **DEFENDANT DANKA OFFICE IMAGING INC.'S RESPONSE TO ORDER DATED APRIL 16, 2003** has been served by U.S. Certified Mail, Return Receipt Guaranteed, upon:

Mr. Juan Zamora  **[Receipt No.7000 1670 0008 7509 8699]**
716 South 23rd
Donna, TX 78537-3724

Mr. Heralio Hernandez  **[Receipt No. 7000 1670 0008 7509 8705 ]**
1113 South Tower Road
Alamo, TX 78516-9473

and by U.S. First Class Mail upon:

>Ms. Micaela Alvarez
>Hole & Alvarez, LLP
>P.O. Box 720547
>McAllen, TX 78504

this 22ND day of April, 2003.

_____
Attorney

JMC/cmg

TAMPA:170193.1