IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 0 1 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JUAN ZAMORA AND<br>HERALIO HERNANDEZ,<br><br>    Plaintiff,<br><br>v.<br><br>DANKA OFFICE IMAGING, INC.<br>AND BRENT LONGCOR,<br>SUPERVISOR, INDIVIDUALLY<br>AND IN HIS OFFICIAL CAPACITY<br>AND AS AGENT OF<br>DANKA OFFICE IMAGING, INC.,<br><br>    Defendants. | § § § § § § § § § § § § § § § § | CIVIL ACTION NO. B-01-193 |

## ORDER

BE IT REMEMBERED that on April 28, 2003, the Court **DISMISSED with prejudice** Plaintiff Juan Zamora and Plaintiff Heralio Hernandez's claims against Defendants.

In their letter motions to withdraw, Plaintiffs previously informed the Court of their intention to no longer pursue litigation against the Defendants in this case [Dkt. Nos. 35 & 36]. In their motions, Plaintiffs cited their inability to secure representation as the reason for dismissal.

On December 6, 2002, the Court granted counsel for plaintiffs Motions to Withdraw [Dkt. No. 26]. At that time, the Court ordered Plaintiffs to submit to the Court by January 13, 2003, either 1) a motion to substitute counsel, 2) a status report on the substitution of counsel, or 3) an announcement of their intent to proceed *pro se*. Plaintiffs failed to comply with this order. On March 24, 2003, over three months after the Court's order, Plaintiffs expressed their intent to forego prosecution of this case. The Court gave

1

Plaintiffs adequate time to secure counsel or to determine, as they have, that they no longer wish to proceed *pro se,* or otherwise, with the action.

Before the Court dismissed this case, however, it ordered Defendants to inform the Court of any reason why it opposed the dismissal. Defendant Danka Office Imaging, Inc. reported to the Court on April 23, 2003, that it did not oppose the dismissal and would not pursue an award of attorneys' fees and costs against Plaintiffs, despite the considerable time and effort that went into defending this case [Dkt. No. 38]. Defendant Brent Longcor did not file any opposition to the dismissal.

Having received the above notification, pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court **GRANTS** Plaintiffs' Motions to Withdraw [Dkt. Nos. 35 & 36] and **DISMISSES with prejudice** all claims against Defendants. The following motions are **MOOT**: Defendant Brent Longcor's Motion to Compel [Dkt. No. 31-1]; Defendant Brent Longcor's Motion for Sanctions [Dkt. No. 31-2]; Defendant Danka Office Imaging, Inc.'s Motion for Summary Judgment [Dkt. No. 32]; and Defendant Brent Longcor's Motion for Partial Summary Judgment [Dkt. No. 34].

DONE in Brownsville, this 28th day of April, 2003.

_____
Hilda G. Tagle
United States District Court