40

# HOLE & ALVAREZ L.L.P.
### ATTORNEYS AT LAW

WATER TOWER CENTRE
612 W. NOLANA • SUITE 370
P.O. BOX 720547
McALLEN, TEXAS 78504

TEL: (956) 631-2891
FAX: (956) 631-2415
E-MAIL: mail@HoleAlvarez.com

United States District Court
Southern District of Texas
FILED

MAY 1 3 2003

Michael N. Milby
Clerk of Court

RONALD G. HOLE
Board Certified
Personal Injury Law • Civil Trial Law
Texas Board of Legal Specialization

MICAELA ALVAREZ

CHERYL D. HOLE
Of Counsel

April 23, 2003

Hon. Hilda Tagle
Judge, United States District Court
U.S. Federal Courthouse
600 E. Harrison, #101
Brownsville, Texas 78520

RECEIVED
MAY 12 2003
CHAMBERS OF
HILDA G. TAGLE

RE: Civil Action No. B-01-193
Juan Zamora and Heralio Hernandez v. Danka Office Imaging, Inc. and Brent Longcor, Individually and as Agent of Danka Office Imaging, Inc.

Dear Judge Tagle:

This letter is written in response to the Court's Order of April 16, 2003 regarding Plaintiffs' request for dismissal of the above referenced and numbered action. I apologize for the delay in responding to the Court's Order but I did not receive a copy of the order until late on April 22, 2003 when I downloaded the order from the Court's Pacer Website. I do, however, wish to advise the Court that Defendant Brent Longcor knows of no reason why the Plaintiffs' request for dismissal should not be granted.

Very truly yours,

HOLE & ALVAREZ, L.L.P.

By: Micaela Alvarez

MA:bcc

xc: *Plaintiffs*
Juan Zamora
716 S. 23rd Street
Donnas, Texas 78537

Herlaio Hernandez
1113 S. Tower Road
Alamo, Texas 78516-9473

*Attorneys for Defendant Danka Office Imaging, Inc.*
James M. Craig
Ford & Harrison, L.L.P.
101 E. Kenney Boulevard, Ste. 900
Tampa, Florida 33602-5133